FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-656-RJC-DSC

| | |
|---|---|
| JOSEPH Di BIASE, JOHN PRODORUTTI and DAVID BRASS as individuals, on behalf of themselves and all persons similarly situated, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, <br><br> Plaintiffs, <br><br> v. <br><br> SPX CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

**THIS MATTER** is before the Court regarding Plaintiffs' Motion for Preliminary Injunction and supporting documents. (Doc. Nos. 9, 10, 11). Preliminary injunctive relief is extraordinary. The Court will hold this matter in abeyance until it has had an opportunity to consider Defendant's response, which are due January 2, 2015.

Signed: December 31, 2014

Robert J. Conrad, Jr.
United States District Judge