# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| JOSEPH Di BIASE, JOHN PRODORUTTI, DAVID BRASS, RON BEEGLE, DAVID BOBCOCK and CARL VAN LOON as individuals, on behalf of themselves and all persons similarly situated, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, <br><br> Plaintiffs, <br><br> v. <br><br> SPX CORPORATION, <br><br> Defendant. | File No. 3:14-cv-656-RJC-DSC |

## ORDER

**THIS MATTER** coming upon Plaintiffs' Unopposed Motion to Amend Scheduling Order, the deadlines in the Order not having expired, and it appearing that good cause exists;

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs' expert reports are due December 10, 2019. Defendant's expert reports are due January 10, 2020. Mediation is to be conducted by February 27, 2020. Dispositive motions are to be filed by April 10, 2020. Oral argument on such motions will be on or before May 22, 2020. The bench trial is set for July 6, 2020.

**SO ORDERED**.

Signed: October 4, 2019

David S. Cayer
United States Magistrate Judge