# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JOSEPH Di BIASE, JOHN PRODORUTTI, DAVID BRASS, RON BEEGLE, DAVID BOBCOCK and CARL VAN LOON as individuals, on behalf of themselves and all persons similarly situated, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, <br><br> Plaintiffs, <br><br> v. <br><br> SPX CORPORATION, <br><br> Defendant. | File No. 3:14-cv-656-RJC-DSC |

## ORDER

**THIS MATTER** is before the Court on "Plaintiffs' Second Motion to Amend the Scheduling Order" (document #109) and "Defendant SPX Corporation's Motion to Compel" (document #112), as well as the parties' briefs and exhibits.

For the reasons set forth in their briefs, "Plaintiffs' Second Motion to Amend the Scheduling Order" (document #109) is granted. Plaintiffs' expert reports are due on January 10, 2020. Defendant's expert reports are due on February 10, 2020.

For the reasons set forth in its briefs, "Defendant SPX Corporation's Motion to Compel" (document #112) is granted. Within fifteen days of the date of this Order, Plaintiffs shall fully respond to Defendant SPX's Second Discovery Requests.

The parties shall bear their own costs at this time.

The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 7, 2020

David S. Cayer
United States Magistrate Judge