FILED: March 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1240
(3:14-cv-00656-RJC-DSC)

_____

DAVID BRASS, Individually and on behalf of similarly situated persons; RON BEEGLE, Individually and on behalf of similarly situated persons; DAVID BABCOCK, Individually and on behalf of similarly situated persons; RICHARD HAMILTON; CHARLES KOZITZKY; CARL VAN LOON;

      Plaintiffs - Appellants

and

JOHN PRODORUTTI, Individually and on behalf of similarly situated persons; JOSEPH DI BIASE, Individually and on behalf of similarly situated persons; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW

      Plaintiffs

v.

SPX CORPORATION

      Defendant - Appellee

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<em>/s/Nwamaka Anowi, Clerk</em>